IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR82 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER MODIFYING |
| | ) | CONDITIONS OF RELEASE |
| EUGENE MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion for Modification of Conditions of Release, Filing No. 16.  For good cause shown, the motion will be granted.

IT IS ORDERED that the Order Setting Conditions of Release, Filing No. 7, is modified as follows:

    7(g)    Not leave the State of Nebraska.

    7(k)    Reside at his grandmother's residence in Columbus, Nebraska, at all times.

DATED this 18th day of May, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge