IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR82 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EUGENE MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the request of the United States Probation office to place defendant at Bristol Station.  Having been advised of the request and after review, the court finds the request should be granted.

THEREFORE, IT IS ORDERED:

1. Defendant is hereby transferred to Bristol Station;

2. Douglas County jail shall immediately release the defendant to Bristol Station.

DATED this 24th day of January, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge