IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR82 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EUGENE MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion for reconsideration of the request of the United States Probation Office to place defendant at Bristol Station. Having been advised of the request and after review, the court finds the request should be granted; however, due to issues raised by the U.S. Marshal interpreting the court's previous order, the court finds that immediate release to Bristol Station is not possible logistically. Accordingly,

THEREFORE, IT IS ORDERED:

1. The court's previous release order (Filing No. 51) is vacated.

2. The defendant is to be released from U.S. Marshal custody on January 25, 2011, at or about 9:00 a.m.

3. The defendant is ordered to travel directly to Bristol Station, Hastings, Nebraska, to fulfill his commitment to community confinement consistent with this court's order modifying supervised release dated January 13, 2011, Filing No. 49.

DATED this 24th day of January, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge